## AFFIDAVIT

1. Your Affiant, Heather Grimes, being duly sworn, deposes and states:

2. Your Affiant, Heather Grimes, is currently employed as a Special Agent of the Drug Enforcement Administration, and has been so since October of 2017. Affiant has been assigned to the DEA Cleveland District Office (Cleveland DO) since January 2018 as a Special Agent. Affiant is an "Investigative or Law Enforcement Officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), and is empowered by law to conduct investigations, and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

3. Based on facts stated herein, Affiant submits this Affiant in support of a criminal complaint and arrest warrants for KENNETH BLACKSHAW, JORGE ALBERTO BARRERA, JORGE ALBERTO BARRERA GUTIERREZ Jr, MIGUEL ANGEL MARQUEZ, and DONALD EARL KNIGHTEN, and submits that there is probable cause that KENNETH BLACKSHAW, JORGE ALBERTO BARRERA, JORGE ALBERTO BARRERA GUTIERREZ Jr, MIGUEL ANGEL MARQUEZ, and DONALD EARL KNIGHTEN, have conspired to distribute, and possess with intent to distribute and distribute marijuana and THC, Schedule I controlled substances, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and (b)(1)(A).

### TRAINING AND EXPERIENCE

4. In Affiant's current assignment to the Cleveland DO, Affiant has participated in investigations targeting individuals and organizations committing drug trafficking offenses in the Northern District of Ohio and elsewhere. At all times during the investigation described herein, Affiant has been acting in an official capacity as a Special Agent with the DEA.

### PROBABLE CAUSE

5. The facts outlined herein come from Affiant's personal observations as well as Affiant's discussions with other investigators who were personally involved in this investigation.

6. Since December 2018, investigators have been conducting an investigation into the drug trafficking activities of the KENNETH BLACKSHAW Drug Trafficking Organization (DTO). On April 2 2019, DEA agents initiated a court ordered federal Title III wire and electronic interceptions of BLACKSHAW's telephone (TT-1) interception of this line ended on May 31, 2019. Since May 8, 2019, DEA Agents initiated a court ordered federal Title III wire and electronic interceptions of BLACKSHAW's secondary telephone (TT-2).

1

7. On June 13, 2019, at approximately 2:00 p.m., during call session 15647, BLACKSHAW received an incoming call on TT-2 from an unknown female (later identified as KIMBERLY GREEN through a driver's license photograph). During that call GREEN and BLACKSHAW discussed, what investigators believed to be, a safety deposit box or a storage unit. GREEN told BLACKSHAW that she would set it up tomorrow (June 14, 2019) and add BLACKSHAW's name. Investigaotrs believed that GREEN was planning to rent a storage unit or safety deposit box for BLACKSHAW.

8. On June 14, 2019, at approximately 9:36 a.m., during call session 15931, BLACKSHAW received an incoming phone call on TT-2 from telephone number 559-371-7174 utilized by an unknown male (UM7174). During this telephone call UM7174 told BLACKSHAW "I'll be there in about five (5) or ten (10) minutes, the latest," agents believe that UM7174 that he is about to arrive somewhere. At approximately 10:02 a.m., through use of remote video surveillance, investigators observed a silver Nissan Altima arrived at the 1538 Addison Road, Cleveland, Ohio being drive by a bald Hispanic male. The Hispanic male parked behind the fence surrounding the backyard, and closed the gate behind him. The Hispanic male appeared to enter into the side door. Investigators established surveillance on the 1538 Addison Road at this time. Investigators ran 559-371-7174 through DEA databases and discovered that the telephone number was in contact with a telephone number that DEA Fresno (Case Number: R9-18-0022) is conducting a Title III investigation on. Agents contacted case agents in Fresno who stated that 559-371-7174 was in contact with their target number several times, but during overnight hours and they did not have any audio on the calls. Fresno Agents stated that their target in Fresno is involved with firearms and is a cocaine source of supply in Fresno. Fresno Agents further advised that they did not have the person utilizing 559-371-7174 identified. Investigators now believe that UM7174 may be MIGUEL ANGEL MARQUEZ.

9. On June 14, 2019, at approximately 11:00 a.m., surveillance was established on KIMBERLY GREEN at her house on at 3303 Berkshire Road, Cleveland Heights (GREEN's registered address). Investigators observed GREEN depart her residence at approximately 11:27 a.m.

10. At approximately 11:33 p.m., investigators observed BLACKSHAW arrive at the 1538 Addison Road. Investigators observed BLACKSHAW walk to the backyard of the residence.

11. BLACKSHAW received a call on TT-2 from GREEN at approximately 11:53 a.m. During that call GREEN tells BLACKSHAW she's "in motion". Agents believe that GREEN was stating to BLACKSHAW that she is headed somewhere and BLACKSHAW responded ok. At this time surveillance was established on KIMBERLY GREEN at her house on at 3303 Berkshire Road, Cleveland Heights (GREEN's registered address). Investigators observed Green depart her residence at approximately 11:27 a.m. surveillance was maintained on GREEN until she eventually arrived at Life Storage at 19200 Ness Road, Cleveland, Ohio at approximately 12:05 p.m. Investigators

observed GREEN pull up the gated entry and appeared to enter a code or swipe a card and drive into the storage facility and drive to the rear. Approximately five minutes later investigators observed GREEN depart the location.

12. Investigators maintained surveillance on GREEN throughout travel until approximately 12:24 p.m., where she was observed reversing into the 1538 Addison Road and opening the trunk of the vehicle.

13. At approximately 12:25 p.m., investigators observed GREEN remove a box and two bags (possibly duffle bags) from the trunk of her vehicle. Investigators then observed the unidentified Hispanic male (that was previously driving the Altima) and BLACKSHAW retrieve the bags and GREEN carry the box into the backyard of the 1538 Addison Road. Remote video surveillance was established on the side door of the residence, agents were able to observe this Hispanic male walking back and forth and in and out of the side door to the residence.

14. At approximately 4:28 p.m., two Hispanic males departed the Addison residence in the Nissan Altima, which allowed investigators to identify the Connecticut license plate on the Altima. Investigators determined that the Altima was a rental from near the Cleveland Airport. TFO Maria Matos obtained rental information for the vehicle. The Altima was rented on June 14, 2019 and is due back on June 16, 2019. The name on the rental agreement is Joise Salazar Angulo and he gave a listed address as 476 N Homsey Ave, Fresno, California. GS Braccio was able to positively identify the driver of the Altima as Angulo.

15. Continuous surveillance was maintained on Addison throughout the night of June 14 into the June 15, 2019. In the early morning hours of June 15, 2019, agents observed a black male driving a black Buick arrive at the Addison address. Investigators observed several bags carried into the 1538 Addison Road from the trunk of the Buick. Agents believed there to be money in those bags.

16. On June 15, 2019, at approximately 6:45 a.m., during call session 16409, BLACKSHAW received and incoming call on TT-2 from and unknown Hispanic male (UM7174) utilizing telephone number 559-371-7174. Agents know from previous calls in combination with surveillance that UM7174 is at the 1538 Addison and that BLACKSHAW was there until approximately 5:30 a.m., at which time BLACHSHAW headed to his residence on 1357 E 85th Street. During this call Agents believe that UM7174 is telling BLACKSHAW that the money count was incorrect. Affiant believes that BLACKSHAW and UM7174 were counting money from the bags that were brought in overnight. When UM7174 stated "Uh we're thirteen (13), thirteen (13) short, and I know where, I know where it's at. I know why, I know why we came out thirteen (13) short. 'Cause I was counting the fives (5's) as uh as tens (10's)," Affiant believes the UM7174 was telling BLACKSHAW that when UM7174 counted the money it was $13,000 dollars less than when they originally counted it. Affiant believes that UM7174 was telling BLACKSHAW that he counted five dollar bills as ten dollar bills, and that's why the money count is incorrect. When UM7174 stated "So...I just, I just need you to

3

come back bro' so I can show you, I don't want to wrap nothin' else so you can see," Affiant believes that UM7174 was telling BLACKSHAW that he wanted BLACKSHAW to see the amount of money before UM7174 wraps it up. When UM7174 stated "So, it's thirteen (13) short. Instead of, instead of uh one eighty one (181), it wasn't one eighty one (181), it's one sixty eight (168)," Affiant believes that UM7174 was telling BLACKSHAW that the money count is at $181,000.00 dollars. Affiant believes that UM7174 was counting and preparing the money to be transported and telling BLACKSHAW the amounts.

17. At approximately 9:15 a.m., Investigators observed one Hispanic male depart 1538 Addison Road carrying a backpack, enter into the Altima and depart the location. Surveillance was conducted on the Altima throughout travel. The driver went to an ATM, after departing the ATM investigators followed the Altima to the Avis rental car return at the Cleveland Hopkins airport. Investigators observed the Hispanic male take the bus to the Cleveland Hopkins Airport. After the male made it through the TSA security checkpoint TFO Chris Giordano and TFO Orlando Almonte conducted a consensual encounter with the male. During the encounter the male showed the investigators his California Driver's license, the males name is Joise Luis SALAZAR ANGULO. ANGULO advised that he was flying Delta through Atlanta to Los Angeles. ANGULO agreed to let investigators conduct a search of his backpack, inside they located $5,000 in cash. At this time the Investigators advised Affiant and left ANGULO to catch his flight.

18. At approximately 10:13 a.m., during call session 16419 BLACKSHAW received and incoming telephone call on TT-2 from UM7174 utilizing telephone number 559-371-7174. During that call UM7174 asked BLACKSHAW if he knew where the birds are at, Affiant knows that often times birds are a narcotics slang term for kilogram quantities of narcotics. During that call UM7174 discussed a third party male and stated the male would arrive "here" (1538 Addison) around 11:00 (11:00 a.m.). Affiant believes that UM7174 and BLACKSHAW are discussing a third party male delivering kilogram quantities of narcotics to 1538 Addison.

19. At approximately 11:18 a.m., a black Nissan Rogue bearing Virginia Plate UZK6142 arrived at 1538 Addison. A male opened the gate to the rear of the location and allowed the Nissan to pull to the very rear of 1538 Addison, the gate shut behind the Rogue. The Buick, which investigators had observed being unloaded overnight, also arrived at the residence, driven by the same male that investigators observed carrying bags. This male was later identified as DONALD KNIGHTEN.

20. During call session 16440, at approximately 11:26 a.m., BLACKSHAW received an incoming call on TT-2 from UM7174 utilizing telephone number 559-371-7174. During that call UM7174 stated to BLACKHSAW "we Gucci," Affiant believes that UM7174 was stating that everything was good. UM7174 goes on to stated "he's just right here here he's waiting to leave right now," Affiant believes that UM7174 was referencing the male that arrived at the 1538 Addison in the Nissan Rouge at approximately 11:18 a.m. UM7174 stated "Yeah you might want to come over here so

4

you can do your thing, just look at these things and then," Affiant believes that UM7174 was telling BLACSHAW that he needs to verify the narcotics. Affiant believes that the Nissan Rogue arrived carrying narcotics. BLACKSHAW was later observed arriving at 1538 Addison and meeting with a Hispanic male (Later identified as MIGUEL MARQUEZ) in the driveway.

21. At approximately 11:54 a.m., members of the Drug Enforcement Administration (DEA) Cleveland District Office secured the scene and in anticipation of a search warrant at 1538 Addison Road, Cleveland, Ohio. While securing the scene KENNETH BLACKSHAW, JORGE ALBERTO BARRERA, JORGE ALBERTO BARRERA GUTIERREZ Jr., MIGUEL ANGEL MARQUEZ, and DONALD EARL KNIGHTEN were detained. Subsequent to the search warrant being executed investigators recovered approximately thirty-two (32) bundles of unknown amounts of United States currency, a Cassida Money counter, a digital scale containing residue, and approximately nine (9) individually packaged bundles of suspected cocaine weighting approximately 9,997 gross grams. A presumptive field test was conducted from three separate packages of the suspected cocaine and all three tests yielded positive results for the presence of cocaine. Further, during BLACKSHAW's arrest he had numerous baggies containing white powdery substances and hard white substances (suspected cocaine and crack cocaine respectively) in his pocket. The suspected cocaine and crack cocaine appeared to be packaged for sale. Presumptive field tests were conducted for the baggies and the tests yielded positive results for the presence of cocaine.

22. That same day a second search warrant was executed at 1357 E 85th Street Cleveland, Ohio, BLACKSHAW's primary residence. Subsequent to the search warrant being executed investigators recovered approximately 70 gross grams of green powder suspected to be fentanyl contained in one baggie, 58 gross grams of green powder suspected to be fentanyl contained in multiple baggies, 54 gross grams of suspected fentanyl contained within multiple small baggies, and 595 gross grams of marijuana.

23. Following the execution of search warrants investigators advised Jorge BARRERA Sr. of his Miranda rights, which he signed a waiver of. BARRERA Sr. stated to TFO Giordano that he is a semi-truck driver with J.R.A.B. (a company which he owns) trucking out of Fresno, California. BARRERA stated that he parked his white Peterbilt truck and trailer at the Great Northern Mall, near a Verizon store and a chucky cheese. BARRERA then informed TFO Giordano that he had furniture in the back of the Semi-truck for Sunday and Monday deliveries. BARRERA then stated he was picking up a secondary load to bring back to California. BARRERA then told TFO Giordano that the keys to his semi-truck were in the Nissan Rogue, bearing Virginia plate UZK6142, located in the rear of 1538 Addison Road, Cleveland, Ohio (the location of the search warrant). BARRERA offered consent to search, and signed a consent form, for the semi-truck to include the trailer and explained which truck keys went to the cab and where to find the keys for the trailer in the cab. BARRERA initially claimed there was no U.S. Currency nor contraband in the truck. Later during the interview BARRERA admitted that once he got to 1538 Addison Road he loaded bags from the basement into the Nissan

5

Rogue, later admitting that he knew currency was inside the bags. BARRERA also later admitted that he had first unloaded narcotics from the semi-truck trailer into the Nissan Rogue, then drove the Rogue to the residence on Addison where he unloaded the narcotics into the basement, before retrieving the cash from the basement. Nothing was located in the semi-truck nor trailer.

24. During an interview with ALBERTO BARRERA Jr., after having waived his Miranda rights, BARRERA Jr. told investigators that he knew he and his father were picking up money, however that he did not know anything about the narcotics.

25. SA Rande Reinhard advised MIGUEL MARQUEZ of his Miranda rights, MARQUEZ waived them and agreed to speak to SA Reinhard. During the interview MARQUEZ admitted to being in Cleveland to conduct drug trafficking business. MARQUEZ stated that the two males from the Nissan Rogue (BARRERA Jr. and Sr.) drove the semi-truck with the narcotics to Cleveland in the bed of the cab of the truck. MARQUEZ stated that the two males (BARRERRA Sr. and Jr.) were supposed to pick up the money, pick up a legitimate load, and transport everything to the Fresno area. MARQUEZ stated he believed all the money was already at 1538 Addison Road when he arrived Friday evening. MARQUEZ stated that he arrived in the Nissan Altima with "Gordo" (the male investigators identified as ANGULO). MARQUEZ stated that he knew BLACKSHAW from being incarcerated together in prison. MARQUEZ stated he introduced "GORDO" and BLACKSHAW. MARQUEZ further advised that "GORDO" took $16,000 from BLACKSHAW and deposited in the bank before returning the rental car and catching a flight. MARQUEZ stated that "GORDO" believed he was being followed and left early to the airport. MARQUEZ stated that BLACKSHAW was $60,000 short on his last payment for narcotics, so he (MARQUEZ) came to talk with BLACKSHAW about it. MARQUEZ further advised that BLACKSHAW is currently paying $34,000 per kilogram but was supposed to talk to "GORDO" about paying $32,000 instead, but "GORDO" left early. MARQUEZ stated that he had gotten out of the drug trafficking business but was tired of laying tile, so was trying to get back in the drug trafficking business with "GORDO". MARQUEZ also advised that "GORDO" is a part of the Sinaloa cartel and that he lives in Fresno, California.

## CONCLUSION

26. Based upon the above listed facts and circumstances, Affiant has probable cause to believe, and does believe, that KENNETH BLACKSHAW, JORGE ALBERTO BARRERA, JORGE ALBERTO BARRERA GUTIERREZ Jr, MIGUEL ANGEL MARQUEZ, and DONALD EARL KNIGHTEN, and others known and unknown to investigators, did knowingly and intentionally conspire to distribute, and possess with intent to distribute, 5 kilograms or more of a mixture or substance containing a detectable

amount of cocaine, its salts, optical and geometric isomers, and salts of isomers in the Northern District of Ohio, Eastern Division, and elsewhere, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(A).

_____
Heather Grimes
Special Agent
Drug Enforcement Administration

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1 this 17th day of June, 2019.

_____
JONATHAN D. GREENBERG
United States Magistrate Judge
Northern District of Ohio, Eastern Division